# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW DEVINE,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br>　　　　　Defendant. | :<br>:<br>:<br>:  Civil No. 5:21-cv-02679-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 6th day of January, 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 4), Plaintiff's Reply to the Motion to Dismiss (ECF No. 5), Defendant's Reply Brief to Plaintiff's Brief in Opposition (ECF No. 8), and Plaintiff's Sur-Reply Brief in Opposition to Defendant's Motion to Dismiss (ECF No. 11), **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (ECF No. 4) is **GRANTED.** The Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case statistically.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge